Eastern District of Kentucky
FILED

AUG 13 2026

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION
### COVINGTON

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 26-56-SCM-CJS
18 U.S.C. § 2252(a)(2)

**LADARIUS SMITH**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about March 13, 2025, in Boone County, in the Eastern District of Kentucky,

**LADARIUS SMITH**

knowingly received any visual depiction using any means or facility of interstate or foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depiction is of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

A TRUE BILL

_____
**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

_____
**ELAINE K. LEONHARD**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 20 years imprisonment, a $250,000 fine, and at least 5 years supervised release.

**PLUS:**     Mandatory special assessment of $100.

Additional mandatory special assessment of $5,000, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. § 2259A, no more than:

(1) $17,000.00 if convicted of 18 U.S.C. § 2252(a)(4) or § 2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by § 2259(c)(3), which includes offenses under 18 U.S.C. §§ 2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. § 2259(c)(1), which includes offenses under 18 U.S.C. § 2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:**     Restitution. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.